**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD PHILLIPS,<br><br>   Plaintiff,<br><br>v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY, CRAWFORD & COMPANY EMPLOYEE DISABILITY INCOME PLAN, ,<br><br>   Defendants. | Case No.  CV07-07823 VBF (PJWx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS SO ORDERED that the above-referenced case shall be dismissed with prejudice, with the parties to bear their own separate expenses, costs, and attorneys' fees.

DATED:  December 3, 2008    _/s/ Valerie Baker Fairbank_
UNITED STATES DISTRICT COURT JUDGE